STATE v. LOGAN

No. 127P86.

Case below: 79 N.C. App. 420.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1986.

STATE v. LORUSSO

No. 98P86.

Case below: 78 N.C. App. 807.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1986. Motion by the State to dismiss appeal for lack of substantial constitutional question allowed 7 April 1986.

STATE v. McNAIR

No. 614P85.

Case below: 70 N.C. App. 331.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 April 1986.

STATE v. McNEILL

No. 60P86.

Case below: 78 N.C. App. 514.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1986.

STATE v. MOORE

No. 242P86.

Case below: 79 N.C. App. 666.

Motion by defendant (Transeau) for temporary stay allowed 16 April 1986.